| | | |
|---|---|---|
| **BILLY SPAIN** | * | **NO. 2023-C-0491** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **H&H INVESTORS, L.L.C., ET AL.** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

*JCL*   **LOBRANO, J., DISSENTS**

I respectfully dissent. For the reasons discussed in my original dissent to the majority opinion, I would grant rehearing and deny the writ in its entirety.